# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DC PRESERVATION LEAGUE,**<br>    Plaintiff,<br><br>       v.<br><br>**GENERAL SERVICES ADMINISTRATION,**<br>    Defendant. | Civil Action No. 26-32 (JDB) |

## ORDER

Defendant has now answered Plaintiff's complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  The requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f) are inapplicable to FOIA actions.  <u>See</u> Local Civil Rule 16.3(b)(10).  The Court has reviewed the complaint and the answer in this case.  Defendant raises grounds for dismissal or summary judgment but has not yet filed a dispositive motion.  Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than March 30, 2026, a proposed schedule for the processing and release of responsive records and/or a briefing schedule for the filing of dispositive motions to resolve this matter.  In the event the parties cannot agree, separate proposals shall be filed by that date.

/s/<br>
JOHN D. BATES<br>
United States District Judge

Date: <u>March 9, 2026</u>

1