UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC Preservation League,<br><br>     Plaintiff,<br><br>  v.<br><br>General Services Administration,<br><br>     Defendant. | Civil Action No. 26-32 (JDB) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's March 9, 2026, Order, ECF No. 11, Defendant U.S. General Services Administration ("GSA") submits this status report to apprise the Court of the progress in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The case concerns a November 20, 2025, FOIA request from Plaintiff to GSA seeking records related to plans to paint or otherwise alter the exterior of the Dwight D. Eisenhower Executive Office Building. ECF No. 1, Compl. ¶ 31.

After an initial email exchange and meeting with Plaintiff, Defendant submitted its proposed processing schedule to Plaintiff on March 18, 2026. Plaintiff objected to Defendant's proposed schedule, and Defendant substantively responded to those objections on March 27, 2026. Defendant then shared a draft joint status report in the early morning of March 30, 2026. Following Defendant sending its draft, Plaintiff indicated that it would file a stand-alone status report and declined to file a joint status report noting the parties' different positions in one filing. Defendant has not yet had an opportunity to review Plaintiff's status report and does not know which objections Plaintiff contends are still at issue.

Defendant reports that GSA has completed its initial search and has identified

approximately 1,000 pages of potentially responsive records thus far. Defendant has begun processing those records at a rate of 500 pages per month. Defendant anticipates needing to consult with at least two other agencies for many of these records. Defendant will make consultation determinations as it processes the documents.  Defendant will request other agencies return any consults within 20 business days. Defendant will produce documents on a rolling monthly basis once processing is complete and, as necessary, once consults are returned. Defendant does not object to producing a *Vaughn* index prior to the filing of its Motion for Summary Judgment in an effort to resolve the case without further briefing.

Plaintiff had requested expedited processing; however, Defendant does not believe Plaintiff is eligible for expedited processing as there is no compelling need here given the nature of the request. *See Elec. Priv. Info. Ctr. v. Dep't of Def.,* 355 F. Supp. 2d 98, 104 (D.D.C. 2004).

Given this status, Defendant believes that summary judgment and the filing of a *Vaughn* Index are premature at this time. Defendant respectfully proposes that the parties file their next joint status report on or before May 29, 2026, and every sixty days thereafter, to update the Court on the status of their engagement.

Dated: March 30, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah Weston Lindsey*
    Zachariah (Zack) Weston Lindsey
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-6612

*Attorneys for the United States of America*

2