UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC Preservation League,<br><br>            Plaintiff,<br><br>     v.<br><br>General Services Administration,<br><br>            Defendant. | Civil Action No. 26-32 (JDB) |

### [PROPOSED] ORDER

Upon consideration of Defendant's status report, and the entire record herein, it is hereby

ORDERED that Defendant shall process records at a rate of 500 pages per month

ORDERED that Defendant shall request other agencies return any consults within 20 business days

ORDERED that Defendant shall produce documents on a rolling monthly basis once processing is complete and, as necessary, once consults are returned

ORDERED that the parties shall file a joint status report on or before April 29, 2026.

SO ORDERED.

_____         _____
Dated                                                               JOHN B. BATES
                                                                          United States District Judge