**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DC PRESERVATION LEAGUE,**
**Plaintiff,**

**v.**

**GENERAL SERVICES ADMINISTRATION,**
**Defendant.**

**Civil Action No. 26-32 (JDB)**

**SCHEDULING ORDER**

Upon consideration of [13] defendant's status report, [14] plaintiff's proposed schedule, [15] defendant's proposed schedule, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern further proceedings:

1. Defendant shall process records at a rate of at least 500 pages per month.
2. Defendant shall request that other agencies return any consults within 20 calendar days and shall endeavor to complete the consultation process by no later than 20 calendar days after processing is complete.
3. Defendant shall produce documents on a rolling basis, beginning after the first 500 pages are processed.
4. The parties shall file a joint status report on or before April 30, 2026.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: April 1, 2026