UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC Preservation League,<br><br>            Plaintiff,<br><br>    v.<br><br>General Services Administration,<br><br>            Defendant. | Civil Action No. 26-32 (JDB) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 21, 2026 Minute Order, Defendant U.S. General Services Administration ("Defendant" or "GSA") and Plaintiff DC Preservation League ("Plaintiff" or "DCPL") submit this status report to apprise the Court of the progress in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The case concerns a November 20, 2025 FOIA request from Plaintiff to GSA seeking records related to plans to paint or otherwise alter the exterior of the Dwight D. Eisenhower Executive Office Building ("EEOB"). ECF No. 1, Compl. ¶ 31.

**Defendant's Position**

Defendant reports compliance with the Court's April 1, 2026, scheduling order (ECF No. 16). Defendant processed 505 pages and made its first interim production to Plaintiff on April 30, 2026. Defendant processed the next 1,039 pages and made its second interim production of 542 pages to Plaintiff on May 26, 2026. Defendant has no more records to process, besides the records sent for consult.

Defendant previously reported that it sent three consult requests. (ECF No. 18). Defendant has received responses to its first and second consult requests, processed those records within 14

calendar days, and produced the records on a rolling basis per the Court's order, making its third interim production to Plaintiff on June 3, 2026.

Defendant notes that third consult request remains pending, which includes five pages sent to the Executive Office of the President on April 21, 2026. Defendant initially requested those records be returned within 20 calendar days. Since the last status report, Defendant has followed up on this consult on June 5, 2026 and June 12, 2026. Defendant expects the consult to be returned within the next 30 days. Defendant intends to complete its review of the consult records within 14 calendar days of their return and to produce non-exempt responsive records on a rolling basis, as stated in the Court's May 1, 2026, Minute Order.

Plaintiff continues to assert that Defendant's consults are not proper because the documents are sent to agencies not covered by FOIA. But consults may be shared with "another agency or entity which holds an interest in the documents that are the subject of a FOIA request … Consultations, rather than referrals, are also appropriate when an agency locates records in its files that originated with an entity that is not itself subject to the FOIA." U.S. Dep't of Just., *Referrals, Consultations, and Coordination: Procedures for Processing Records When Another Agency or Entity Has an Interest in Them*, OIP Blog (July 26, 2021), https://www.justice.gov/oip/blog/referrals-consultations-and-coordination-procedures-processing-records-when-another-agency. Thus, Defendant can consult with entities that do not meet the definition of "agency" under FOIA.

Defendant respectfully proposes that the parties file their next joint status report on or before August 17, 2026.

### Plaintiff's Position

Defendant sent a second interim response and production on May 26, 2026. For this second

interim production, Defendant stated that 1,039 pages were processed and released 113 pages in full and 429 pages in part. Defendant withheld 189 pages in full and asserted that 308 pages were duplicates.

Defendant sent a third interim response and production on June 3, 2026. Defendant stated that it had processed two consultation responses from the Department of Justice ("DOJ") and Executive Office of the President ("EOP"). The letter referenced the 182 pages sent to DOJ and the 163 pages sent to EOP but did not mention the 5-page consult sent to EOP on April 21. This third interim production released 5 pages in full, 72 pages in part, withheld 7 pages in full, and declared 158 pages to be duplicates. If the third production included processing of all 345 pages sent for consult (182 sent to DOJ and 163 sent to EOP), then that leaves 103 pages unaccounted for. Plaintiff requests that Defendant account for these discrepancies in the next joint status report.

Plaintiff reiterates that the EOP is not an "agency" subject to FOIA, *see* 5 U.S.C. § 552(f)(1), to the extent its components function solely to advise and assist the President. Consultation with a non-agency entity is not a proper basis for delaying production or withholding records, and Plaintiff reserves all challenges to Defendant's consultations with the EOP on this ground. Plaintiff also maintains its reservations and frustrations with the lack of timeliness of the EOP's response to the Defendant's April 21 consult request. Despite Defendant's representation that it asked for the records to be returned within 20 days, it has now been 57 days. Plaintiff reserves all challenges to the adequacy of Defendant's search, the agency's segregability analysis under 5 U.S.C. § 552(b), and the invocation of Exemptions (b)(4), (b)(5), and (b)(6). Plaintiff reserves the right to seek attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E).

Plaintiff respectfully proposes that the parties file their next joint status report on or before July 17, 2026.

\*       \*       \*

Dated: June 17, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah Weston Lindsey*
    Zachariah (Zack) Weston Lindsey
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-6612

*Attorneys for the United States of America*

/s/ Lydia Dexter, Bar No. OR0032
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: lydia@culturalheritagepartners.com

/s/ Caitlin McCurdy, Bar No. NH0004
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: caitlin@culturalheritagepartners.com

/s/ Gregory Alan Werkheiser, Bar No. VA210
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (703) 408-2002
Email: greg@culturalheritagepartners.com

/s/ Marion Forsyth Werkheiser, Bar No. 486465
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: marion@culturalheritagepartners.com

/s/ Charles N. Curlett, Jr., Bar No. 497920
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: charles@culturalheritagepartners.com

*Attorneys for Plaintiff*

4