UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC Preservation League,<br><br>Plaintiff,<br><br>v.<br><br>General Services Administration,<br><br>Defendant. | Civil Action No. 26-32 (JDB) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 18, 2026 Minute Order, Defendant U.S. General Services Administration ("Defendant" or "GSA") and Plaintiff DC Preservation League ("Plaintiff" or "DCPL") submit this status report to apprise the Court of the progress in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The case concerns a November 20, 2025 FOIA request from Plaintiff to GSA seeking records related to plans to paint or otherwise alter the exterior of the Dwight D. Eisenhower Executive Office Building ("EEOB"). ECF No. 1, Compl. ¶ 31.

**Defendant's Position**

Defendant reports that it has completed its search and processed all responsive records. Defendant issued its final response on July 14, 2026. Defendant's production is complete.

Plaintiff has requested a draft *Vaughn* index on 5 U.S.C. § 552(b)(4) and § 552(b)(5) redactions. Defendant has agreed to provide a draft *Vaughn* index on those exemptions and estimates it can complete the *Vaughn* by October 29, 2026. This is based on the need to review redactions across 932 pages, coordinate with consulting agencies, and Defendant's current resource and staffing constraints.

Defendant respectfully proposes that the parties file their next joint status report on or before October 31, 2026.

**Plaintiff's Position**

Counsel for Plaintiff and GSA met and conferred on July 29, 2026. Plaintiff requested that Defendant produce a *Vaughn* Index for the 932 pages of documents withheld pursuant to exemptions 5 U.S.C. §§ 552(b)(4) and 552(b)(5) following the typical Joint Status Report schedule the Parties have followed, proposing 30 days. Plaintiff considers this schedule reasonable given that the exemption analysis necessary to make the redactions to the documents that GSA has produced has already been done. Particularly since Defendant has noted since at least March 2026 that it would provide a *Vaughn* index in an effort to resolve the case without further briefing. *See* ECF No. 13 at 2, ECF No. 17 at 2, ECF No. 18 at 2. It does not seem unduly burdensome to ask Defendant to produce the very document it has said it would produce since beginning review of the relevant records.

During the Parties' July 29, 2026 conferral, counsel for Defendant stated that GSA is unwilling to commit to provide the *Vaughn* Index in fewer than 90 days. Plaintiff anticipates filing a Motion to Compel an earlier production.

Dated: July 31, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah Weston Lindsey*
Zachariah (Zack) Weston Lindsey
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-6612

*Attorneys for the United States of America*

/s/ Lydia Dexter, Bar No. OR0032
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: lydia@culturalheritagepartners.com

/s/ Caitlin McCurdy, Bar No. NH0004
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: caitlin@culturalheritagepartners.com

/s/ Gregory Alan Werkheiser, Bar No. VA210
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (703) 408-2002
Email: greg@culturalheritagepartners.com

/s/ Marion Forsyth Werkheiser, Bar No. 486465
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: marion@culturalheritagepartners.com

/s/ Charles N. Curlett, Jr., Bar No. 497920
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: charles@culturalheritagepartners.com

*Attorneys for Plaintiff*