**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DC PRESERVATION LEAGUE**

Plaintiff,

v.

**GENERAL SERVICES ADMINISTRATION,**

Defendant.

Civil Action No. 26-32 (JDB)

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Compel Missing Production and an accompanying *Vaughn* Index, and the record before the Court, Plaintiff's Motion is **GRANTED**.

It is **ORDERED** that Defendant General Services Administration shall (1) produce a *Vaughn* Index within 30 days of this Order, and (2) account for the 218 pages that Defendant represents it processed but has not placed in any released, withheld, or duplicative category in its four productions.

SO ORDERED this day ____of ______________, 2026.

______________________________

**John D. Bates**
United States District Judge