# EXHIBIT 1

GSA

Office of the General Counsel

April 30, 2026

Jessie Barrington
Cultural Heritage Partners, PLLC
1811 E. Grace Street
Richmond, VA 23223
jessie@culturalheritagepartners.com

Dear Jessie Barrington:

This letter is the first interim response to your FOIA request, 2026-FOI-00605, which is now the subject of litigation, *DC Preservation League v. GSA*, No. 26-00032 (D.D.C. filed Jan. 9, 2026). Your request seeks "all records concerning the planning, approval, procurement, or implementation of any project to clean, repair, repoint, paint, prime, coat, or otherwise alter the exterior of the Dwight D. Eisenhower Executive Office Building ("EEOB")."

For this production, GSA processed 505 pages of records. GSA is releasing 308 pages in total, with 211 pages in part and 97 pages released in full. 47 pages are being withheld in full and 35 pages were duplicates or non-responsive. Two consultations are pending with other agencies, one consultation consists of 182 pages and one consultation consists of 168 pages. Each exemption used to withhold information from the pages responsive to your request is indicated on the page and listed below for your reference:

**Exemption (b)(4).** In processing your request, GSA withheld information pursuant to the FOIA, 5 U.S.C. § 552(b)(4), which exempts from disclosure "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential."

**Exemption (b)(5).** In processing your request, GSA withheld information pursuant to the FOIA, 5 U.S.C. § 552(b)(5), which exempts from disclosure "inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency." Specifically, the withheld information is predecisional and deliberative and exempt under the deliberative process privilege. GSA has also withheld communications protected by the attorney client privilege. The 47 pages withheld in full consist of attorney work product, attorney client privilege communications, and draft declarations. Final, signed declarations that are part of the records have been released in full.

U.S General Services Administration
1800 F. Street, NW
Washington, DC 20405
Toll Free: (855)-675-3642
Fax: (202) 501-2727

**Exemption (b)(6).** In processing your request, GSA withheld information pursuant to the FOIA, 5 U.S.C. § 552(b)(6), which exempts from disclosure information that would constitute “a clearly unwarranted invasion of personal privacy.” Here, GSA withheld GSA employee phone numbers, the disclosure of which would constitute a clearly unwarranted invasion of privacy. GSA employee names and email addresses have been released in full.

As noted above, GSA’s search located records that required consultation with other agencies. Once GSA receives responses from the other agencies, GSA will process the records, subject to any FOIA exemptions, and promptly disclose those records to you.

GSA has considered the foreseeable harm standard, which was codified by the FOIA Improvement Act of 2016, and the Attorney General’s guidance, when processing these records.

Please note that while your request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, I am required by statute and regulation to inform you of your right to file an administrative appeal:

If you are not satisfied with our response to your request, you may file an administrative appeal at GSA’s Public Access Link (https://securefoia.gsa.gov), by email to GSA.FOIA@gsa.gov, or in writing to the following address: U.S. General Services Administration, FOIA Requester Service Center (LG), 1800 F Street, NW, Washington, DC 20405. Your appeal must be postmarked or electronically transmitted within 90 days of the date of the response to your request. In addition, your correspondence must contain a brief statement regarding the basis of your appeal. Please enclose a copy of your initial request and this response letter. Both the appeal letter and envelope or online appeal submission should be prominently marked, “Freedom of Information Act Appeal.” You may contact the GSA FOIA Public Liaison, David Eby at (202) 213-2745 or by email at david.eby@gsa.gov for any additional assistance and to discuss any aspect of your FOIA request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Respectfully,

/s/ Amanda Jones
FOIA Program Manager
Senior Assistant General Counsel
Office of the General Counsel
General Services Administration

Enclosure

Cc: Zachariah Weston Lindsey
Assistant United States Attorney, District Court for the District of Columbia
Zachariah.Lindsey@usdoj.gov

Gregory Alan Werkheiser, Esq.
Attorney, Cultural Heritage Partners, PLLC
greg@culturalheritagepartners.com

Marion Forsyth Werkheiser, Esq.
Attorney, Cultural Heritage Partners, PLLC
marion@culturalheritagepartners.com

Lydia Dexter, Esq.
Attorney, Cultural Heritage Partners, PLLC
lydia@culturalheritagepartners.com