# EXHIBIT 3

GSA

Office of the General Counsel

June 3, 2026

Jessie Barrington
Cultural Heritage Partners, PLLC
1811 E. Grace Street
Richmond, VA 23223
jessie@culturalheritagepartners.com

Dear Jessie Barrington:

This letter is the third interim response to your FOIA request, 2026-FOI-00605, which is now the subject of litigation, *DC Preservation League v. GSA*, No. 26-00032 (D.D.C. filed Jan. 9, 2026). Your request seeks "all records concerning the planning, approval, procurement, or implementation of any project to clean, repair, repoint, paint, prime, coat, or otherwise alter the exterior of the Dwight D. Eisenhower Executive Office Building ("EEOB")."

GSA previously notified you that 182 pages of records were sent for consultation to the Department of Justice on March 31, 2026, and 163 pages of records were sent for consultation to the Executive Office of the President on March 31, 2026. GSA received two consultation responses, one from the Department of Justice and one from the Executive Office of the President. GSA has processed the records and is releasing 72 pages in part, five pages are being released in full, seven pages are being withheld in full, and 158 pages are duplicates. Each exemption used to withhold information from the pages responsive to your request is indicated on the page and listed below for your reference:

**Exemption (b)(4).** In processing your request, GSA withheld information pursuant to the FOIA, 5 U.S.C. § 552(b)(4), which exempts from disclosure "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential."

**Exemption (b)(5).** In processing your request, GSA withheld information pursuant to the FOIA, 5 U.S.C. § 552(b)(5), which exempts from disclosure "inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency." Specifically, the withheld information is predecisional and deliberative and exempt under the deliberative process privilege. GSA has also withheld communications protected by the attorney client privilege. The seven pages withheld in full consist of attorney work product, a draft document, and a draft declaration. Final, signed declarations that are part of the records have been released in full.

U.S General Services Administration
1800 F. Street, NW
Washington, DC 20405
Toll Free: (855)-675-3642
Fax: (202) 501-2727

**Exemption (b)(6).** In processing your request, GSA withheld information pursuant to the FOIA, 5 U.S.C. § 552(b)(6), which exempts from disclosure information that would constitute "a clearly unwarranted invasion of personal privacy." Here, GSA withheld GSA employee phone numbers, the disclosure of which would constitute a clearly unwarranted invasion of privacy. GSA employee names and email addresses have been released in full.

GSA has considered the foreseeable harm standard, which was codified by the FOIA Improvement Act of 2016, and the Attorney General's guidance, when processing these records.

Please note that while your request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, I am required by statute and regulation to inform you of your right to file an administrative appeal:

If you are not satisfied with our response to your request, you may file an administrative appeal at GSA's Public Access Link (https://securefoia.gsa.gov), by email to GSA.FOIA@gsa.gov, or in writing to the following address: U.S. General Services Administration, FOIA Requester Service Center (LG), 1800 F Street, NW, Washington, DC 20405. Your appeal must be postmarked or electronically transmitted within 90 days of the date of the response to your request. In addition, your correspondence must contain a brief statement regarding the basis of your appeal. Please enclose a copy of your initial request and this response letter. Both the appeal letter and envelope or online appeal submission should be prominently marked, "Freedom of Information Act Appeal." You may contact the GSA FOIA Public Liaison, David Eby at (202) 213-2745 or by email at david.eby@gsa.gov for any additional assistance and to discuss any aspect of your FOIA request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Respectfully,

/s/ Amanda Jones
FOIA Program Manager
Senior Assistant General Counsel
Office of the General Counsel
General Services Administration

Enclosure

Cc: Zachariah Weston Lindsey
Assistant United States Attorney, District Court for the District of Columbia
Zachariah.Lindsey@usdoj.gov

Gregory Alan Werkheiser, Esq.
Attorney, Cultural Heritage Partners, PLLC
greg@culturalheritagepartners.com

Marion Forsyth Werkheiser, Esq.
Attorney, Cultural Heritage Partners, PLLC
marion@culturalheritagepartners.com

Lydia Dexter, Esq.
Attorney, Cultural Heritage Partners, PLLC
lydia@culturalheritagepartners.com