**From:** Lydia Dexter
**To:** Lindsey, Zachariah (USADC)
**Cc:** Jessie Barrington; Greg Werkheiser; Marion Werkheiser; Caitlin McCurdy
**Subject:** Re: [EXTERNAL] DCPL v. GSA, No. 1:26-cv-00032-JDB – Confidential Settlement Communication
**Date:** Friday, March 13, 2026 4:13:22 PM

---

Hi Zack,

We will agree to a production schedule that prioritizes records and communications outside of those relating to the *CHP v. Trump* lawsuit, but we will not agree to limit the scope of responsive documents entirely. We understand that documents related to the lawsuit require additional processing and may take longer to produce.

Additionally, what is the date of GSA's first search for responsive records?

Thank you,
Lydia

**Lydia Dexter**
She/They
Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (804) 987-3973
www.culturalheritagepartners.com

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments. Thank you.*

On Thu, Mar 12, 2026 at 2:11 PM Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov> wrote:

> Hey Lydia:
>
> Question that'll impact the production schedule. Are you willing to limit the scope of your request to records of "planning, approval, procurement, or implementation of the painting/repair of the EEOB," and excluding all records and communications relating to the Cultural Heritage Partners lawsuit itself. If we can limit the response to only those records concerning the "planning, approval, procurement, or implementation of the painting/repair of the EEOB" as opposed to the records/communications relating to the lawsuit itself, it will decrease processing time significantly. Right now, there are a lot of privilege redactions and consults for records about the suit that will slow down processing time.

Thanks,

Zack

**Zack Lindsey**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 445-3658 | Zachariah.Lindsey@usdoj.gov

---

**From:** Lindsey, Zachariah (USADC)
**Sent:** Tuesday, March 10, 2026 3:56 PM
**To:** Lydia Dexter <lydia@culturalheritagepartners.com>
**Cc:** Jessie Barrington <jessie@culturalheritagepartners.com>; Greg Werkheiser <greg@culturalheritagepartners.com>; Marion Werkheiser <marion@culturalheritagepartners.com>; Caitlin McCurdy <caitlin@culturalheritagepartners.com>
**Subject:** RE: [EXTERNAL] DCPL v. GSA, No. 1:26-cv-00032-JDB – Confidential Settlement Communication

Thanks, Lydia. I'll be in touch when I know more.

**Zack Lindsey**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 445-3658 | Zachariah.Lindsey@usdoj.gov

---

**From:** Lydia Dexter <lydia@culturalheritagepartners.com>
**Sent:** Tuesday, March 10, 2026 12:00 PM
**To:** Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov>
**Cc:** Jessie Barrington <jessie@culturalheritagepartners.com>; Greg Werkheiser <greg@culturalheritagepartners.com>; Marion Werkheiser <marion@culturalheritagepartners.com>; Caitlin McCurdy <caitlin@culturalheritagepartners.com>
**Subject:** Re: [EXTERNAL] DCPL v. GSA, No. 1:26-cv-00032-JDB – Confidential Settlement Communication

Zack:

Thank you for taking the time to meet this morning. As discussed, we look forward to receiving a proposed rolling production schedule. Given that DCPL submitted its FOIA request on November 20, 2025, and included a request for expedited processing to which GSA never responded within the 10 calendar days required by 41 C.F.R. § 105-60.306(d) and 5 U.S.C. § 552(a)(6)(E)(ii)(I), we would appreciate receiving the proposed schedule no later than Friday, March 13.

Please do not hesitate to reach out if you need any information from us or if scheduling another call would be helpful.

Best,

**Lydia Dexter**
She/They
Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (804) 987-3973
www.culturalheritagepartners.com

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments. Thank you.*

On Wed, Mar 4, 2026 at 10:31 AM Lydia Dexter <lydia@culturalheritagepartners.com> wrote:

Sounds good. My colleague just shared a calendar invite with you. Here is the Zoom link again for your reference:

Caitlin McCurdy is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://zoom.us/j/95877526897?pwd=VK1NNlrX1Y5z5z7AZRgctRbCTPSMiT.1

Meeting ID: 958 7752 6897
Passcode: 502545

---

One tap mobile
+16469313860,,95877526897#,,,,*502545# US
+13017158592,,95877526897#,,,,*502545# US (Washington DC)

**Lydia Dexter**
She/They
Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (804) 987-3973
www.culturalheritagepartners.com

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments. Thank you.*

On Wed, Mar 4, 2026 at 9:36 AM Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov> wrote:

Sorry, I can't do Friday (and I'm still waiting on a little more context from agency about this suit). Please send an invite for March 10, at 10:30 a.m.

Thanks!

**Zack Lindsey**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 445-3658 | Zachariah.Lindsey@usdoj.gov

---

**From:** Lydia Dexter <lydia@culturalheritagepartners.com>
**Sent:** Wednesday, March 4, 2026 12:26 PM
**To:** Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov>
**Cc:** Jessie Barrington <jessie@culturalheritagepartners.com>; Greg Werkheiser <greg@culturalheritagepartners.com>; Marion Werkheiser <marion@culturalheritagepartners.com>; Caitlin McCurdy <caitlin@culturalheritagepartners.com>
**Subject:** Re: [EXTERNAL] DCPL v. GSA, No. 1:26-cv-00032-JDB – Confidential Settlement Communication

Thank you, Zach. We would prefer to meet sooner, if possible. Are you available this Friday, March 6?

Our team is available anytime after 12:00 p.m. EST on Friday. If that's not possible, we are available on Tuesday, March 10, at 10:30 a.m. EST.

Best,

Lydia

**Lydia Dexter**
She/They
Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (804) 987-3973
www.culturalheritagepartners.com

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments. Thank you.*

On Tue, Mar 3, 2026 at 11:51 AM Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov> wrote:

> Next Tuesday
>
> **Zack Lindsey**
>
> Assistant United States Attorney
>
> Civil Division, U.S. Attorney's Office for the District of Columbia
>
> 601 D Street N.W. | Washington, D.C. 20004
>
> Ph: (202) 445-3658 | Zachariah.Lindsey@usdoj.gov
>
> ---
>
> **From:** Jessie Barrington <jessie@culturalheritagepartners.com>
> **Sent:** Tuesday, March 3, 2026 2:50 PM
> **To:** Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov>
> **Cc:** Lydia Dexter <lydia@culturalheritagepartners.com>; Greg Werkheiser <greg@culturalheritagepartners.com>; Marion Werkheiser

<marion@culturalheritagepartners.com>; Caitlin McCurdy <caitlin@culturalheritagepartners.com>
**Subject:** Re: [EXTERNAL] DCPL v. GSA, No. 1:26-cv-00032-JDB – Confidential Settlement Communication

Hi Zach,

Do you mean Wednesday, a different day, or next Tuesday?

Hiis haiyach (with a good heart),

--

**Jessie Barrington**

(Citizen of the Confederated Tribes of Coos, Lower Umpqua, and Siuslaw Indians)

She/Her
Partner, Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (503) 422-1080
www.culturalheritagepartners.com

For timely responses or support, feel free to cc my colleague Hannah James (hannah@culturalheritagepartners.com) on your emails.

Upcoming out-of-office & closures (2026)

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to jessie@culturalheritagepartners.com -- and destroy all copies of this message and any attachments. Thank you.*

On Tue, Mar 3, 2026 at 2:05 PM Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov> wrote:

Hi Lydia:

Thanks for reaching out. How about we plan for Tuesday morning, from 10-2?

Zack

**Zack Lindsey**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 445-3658 | Zachariah.Lindsey@usdoj.gov

---

**From:** Lydia Dexter <lydia@culturalheritagepartners.com>
**Sent:** Tuesday, March 3, 2026 12:33 PM
**To:** Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov>
**Cc:** Greg Werkheiser <greg@culturalheritagepartners.com>; Marion Werkheiser <marion@culturalheritagepartners.com>; Jessie Barrington <jessie@culturalheritagepartners.com>; Caitlin McCurdy <caitlin@culturalheritagepartners.com>
**Subject:** [EXTERNAL] DCPL v. GSA, No. 1:26-cv-00032-JDB – Confidential Settlement Communication

Good afternoon Counsel:

We are reaching out on behalf of Plaintiff, DC Preservation League ("DCPL"), to request a meeting to discuss a potential document production schedule, or other means of settlement for the matter, DCPL v. GSA, No. 1:26-cv-00032-JDB.

Please advise us of your availability for the remainder of this week or early next, and we can schedule a meeting via Zoom, unless you prefer another meeting platform.

Best,

Lydia Dexter
Counsel for DCPL

**Lydia Dexter**
She/They
Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (804) 987-3973
www.culturalheritagepartners.com

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments. Thank you.*