# EXHIBIT 1

Gmail

**Caitlin McCurdy <caitlin@culturalheritagepartners.com>**

## Request for Vaughn Index – DCPL v. GSA, No. 1:26-cv-00032-JDB

**Lindsey, Zachariah (USADC)** <Zachariah.Lindsey@usdoj.gov> Wed, Jul 29, 2026 at 2:48 PM
To: Charles Curlett <charles@culturalheritagepartners.com>
Cc: Lydia Dexter <lydia@culturalheritagepartners.com>, Caitlin McCurdy <caitlin@culturalheritagepartners.com>, Jessie Barrington <jessie@culturalheritagepartners.com>

Thanks, Chad. I understand we differ. We think 90 days is standard for a draft Vaughn in a FOIA matter and that courts in this district are familiar with the amount of work that goes into it and the limited resources agencies have to perform these tasks. We all benefit from letting an agency take the time needed to review the redactions, but if you want to press for an earlier draft then that is well within your rights.

---

**From:** Charles Curlett <charles@culturalheritagepartners.com>
**Sent:** Wednesday, 29 July 2026 14:42:12
**To:** Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov>
**Cc:** Lydia Dexter <lydia@culturalheritagepartners.com>; Caitlin McCurdy <caitlin@culturalheritagepartners.com>; Jessie Barrington <jessie@culturalheritagepartners.com>
**Subject:** Re: [EXTERNAL] Request for Vaughn Index – DCPL v. GSA, No. 1:26-cv-00032-JDB

Zack,
Thank you for taking the time today to meet and confer with me regarding the timing of production for the Vaughn index in this case. As discussed, we believe 90 days is excessive to memorialize the decisions behind the redactions in the documents you have already produced. We reserve the right to seek relief from the Court.

Relatedly, this will confirm that we have agreed that we will have our position to be included in the JSR to you by noon on Friday.

Best,
Chad

Charles N. Curlett, Jr.
Partner, Litigation Chair
Cultural Heritage Partners, PLLC
1717 Pennsylvania Ave. NW, Ste 1025
Washington, D.C. 20006
Tel: (917) 667-0861
charles@culturalheritagepartners.com

---

**From:** Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov>
**Date:** Wednesday, July 29, 2026 at 8:53 AM
**To:** Caitlin McCurdy <caitlin@culturalheritagepartners.com>
**Cc:** Charles Curlett <charles@culturalheritagepartners.com>; Lydia Dexter <lydia@culturalheritagepartners.com>

**Subject:** RE: [EXTERNAL] Request for Vaughn Index – DCPL v. GSA, No. 1:26-cv-00032-JDB

Hi Caitlin:

Thank you again for the below. I conferred with agency and they estimate it'll take 90 days to complete the *Vaughn* on the exemptions you are challenging. This is based on the need to review b(4)/b(5) redactions across 932 pages, coordinate with consulting agencies, and the current resource and staffing constraints at GSA.

I am working on getting you an answer on your page count question and a JSR draft.

Best,

Zack

**Zack Lindsey**
Assistant United States Attorney
Civil Division, U.S. Attorney's Office for the District of Columbia
601 D Street N.W. | Washington, D.C. 20004
Ph: (202) 445-3658 | Zachariah.Lindsey@usdoj.gov

---

**From:** Caitlin McCurdy <caitlin@culturalheritagepartners.com>
**Sent:** Tuesday, July 28, 2026 8:59 AM
**To:** Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov>
**Cc:** Charles Curlett <charles@culturalheritagepartners.com>; Lydia Dexter <lydia@culturalheritagepartners.com>
**Subject:** Re: [EXTERNAL] Request for Vaughn Index – DCPL v. GSA, No. 1:26-cv-00032-JDB

Zach,

We can narrow the issues by confirming that we do not need a *Vaughn* index for documents or information withheld solely pursuant to 5 U.S.C. § 552(b)(6).

However, we would like a *Vaughn* Index for documents and information withheld under 5 U.S.C. § 552(b)(4) (trade secrets and confidential commercial or financial information) and § 552(b)(5) (including deliberative process materials). We understand that preparing a *Vaughn* index for those withholdings will take the agency some time, and we are willing to accommodate a reasonable schedule.

Would GSA be able to produce an index by the end of August? If so, we would be amenable to structuring the next Joint Status Report around that timeline.

Please let us know your thoughts.

Best,
Caitlin

---

Caitlin McCurdy
Attorney at Law
Cultural Heritage Partners, PLLC
Direct/Text: (804) 499-2736
www.culturalheritagepartners.com

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message*

*and any attachments. Thank you.*

On Fri, Jul 24, 2026 at 3:26 PM Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov> wrote:

> Thank you for reaching out. I will check in with agency concerning producing a draft *Vaughn* before summary judgment briefing.
>
> Are you able to narrow your redaction requests to specific withholdings or categories of withholdings? If you're looking to complete this expeditiously, then I'd ask for you to please narrow your request to the specific documents that you're interested in. A full *Vaughn* is a big undertaking for the agency and takes a significant amount of time.
>
> Zack
>
> **Zack Lindsey**
> Assistant United States Attorney
> Civil Division, U.S. Attorney's Office for the District of Columbia
> 601 D Street N.W. | Washington, D.C. 20004
> Ph: (202) 445-3658 | Zachariah.Lindsey@usdoj.gov
>
> ---
>
> **From:** Caitlin McCurdy <caitlin@culturalheritagepartners.com>
> **Sent:** Friday, July 24, 2026 3:13 PM
> **To:** Lindsey, Zachariah (USADC) <Zachariah.Lindsey@usdoj.gov>
> **Cc:** Charles Curlett <charles@culturalheritagepartners.com>; Lydia Dexter <lydia@culturalheritagepartners.com>
> **Subject:** [EXTERNAL] Request for Vaughn Index – DCPL v. GSA, No. 1:26-cv-00032-JDB
>
> Zach,
>
> Now that GSA has sent a final response letter on the FOIA production, we are writing to request a *Vaughn* index. As you are aware, the agency withheld 243 documents in total and redacted 717 documents (or portions thereof) over the course of its four productions, asserting exemptions under 5 U.S.C. § 552(b)(4),(5),(6). The agency's categorical assertions are insufficient to satisfy its burden under FOIA. We would like to be able to submit an agreed upon date to the Court in next week's JSR for when the *Vaughn* index will be sent to DCPL.
>
> There is also the matter of the missing 103 pages from the third production (dated June 3, 2026). We would appreciate clarification and additional information on the numbers reported by GSA for that production tranche.
>
> If it would be helpful to schedule a call next week, please let us know.
>
> Best,
> Caitlin
>
> ---
> Caitlin McCurdy
> Attorney at Law
> Cultural Heritage Partners, PLLC

Direct/Text: (804) 499-2736
www.culturalheritagepartners.com

*This email message and any attachments are being sent by Cultural Heritage Partners, PLLC, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments. Thank you.*