UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC Preservation League,<br><br>Plaintiff,<br><br>v.<br><br>General Services Administration,<br><br>Defendant. | Civil Action No. 26-32 (JDB) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 21, 2026 Minute Order, Defendant U.S. General Services Administration ("Defendant" or "GSA") and Plaintiff DC Preservation League ("Plaintiff" or "DCPL") submit this status report to apprise the Court of the progress in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The case concerns a November 20, 2025 FOIA request from Plaintiff to GSA seeking records related to plans to paint or otherwise alter the exterior of the Dwight D. Eisenhower Executive Office Building ("EEOB"). ECF No. 1, Compl. ¶ 31.

**Defendant's Position**

Defendant reports that it has completed its search and processed all responsive records. Defendant issued its final response on July 14, 2026. Defendant's production is complete.

As reported in the last status report, Plaintiff requested a draft Vaughn index on 5 U.S.C. § 552(b)(4) and § 552(b)(5) redactions. ECF No. 21. Defendant provided Plaintiff with a draft *Vaughn* on October 9, 2026, as ordered by the Court. *See* ECF No. 25. On November 5, 2026, Plaintiff sent Defendant an email detailing its objections to certain withholdings and requests for additional information or explanation for others. Defendant is presently reviewing the issues

Plaintiff raised and preparing a response. Defendant expects to provide Plaintiff with a response to its objections and questions in 30 business days, by December 28, 2026.

Defendant requests 30 business days due to agency counsels leave with the holidays coming up, the need to consult with various stakeholders concerning the issues raised, and the agency's current workload, including giving equal treatment to the other FOIA requests being processed.

Defendant respectfully proposes that the parties file their next joint status report on or before January 11, 2027.

**Plaintiff's Position**

On October 9, 2026, Defendant provided Plaintiff with a 116-page draft *Vaughn* Index. On November 5, 2026, Plaintiff sent Defendant an email detailing 14 discrete questions and objections to certain withholdings and requested additional information/explanation. Plaintiff's questions involved partial redactions across 17 pages of the productions, as well as two documents that were withheld in full. Defendant is reviewing the issues Plaintiff raised and preparing a response.

Plaintiff proposed that Defendant provide a substantive answer to its objections and questions within 14 calendar days of this filing (by November 26), which would allow parties to meet and confer on those answers and file another JSR in 30 days proposing a schedule for further proceedings. This proposal would have provided Defendants with 21 calendar days from the date Plaintiff sent the objections to Defendant to review the objections and respond to Plaintiff. That should be sufficient.

Particularly in light of the fact that Plaintiff had to file a motion to compel to even receive the draft *Vaughn* Index, Defendant's proposal to answer Plaintiff's 14 questions in 53 calendar days—that is, 30 business days, or by December 28—is unreasonable and unduly delays this case.

* * *

Dated: November 12, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah Weston Lindsey*
Zachariah (Zack) Weston Lindsey
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-6612

*Attorneys for the United States of America*

/s/ Lydia Dexter, Bar No. OR0032
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: lydia@culturalheritagepartners.com

/s/ Caitlin McCurdy, Bar No. NH0004
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: caitlin@culturalheritagepartners.com

/s/ Gregory Alan Werkheiser, Bar No. VA210
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (703) 408-2002
Email: greg@culturalheritagepartners.com

/s/ Marion Forsyth Werkheiser, Bar No. 486465
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: marion@culturalheritagepartners.com

/s/ Charles N. Curlett, Jr., Bar No. 497920
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
Email: charles@culturalheritagepartners.com

*Attorneys for Plaintiff*